

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00265-CV

IN RE THE STATE OF TEXAS, RELATOR

ORIGINAL PROCEEDING

October 18, 2018

## ORDER

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

By Order of the Court, relator Christopher Dennis's motion for rehearing is hereby granted. No additional briefing is requested at this time. The case will be set for oral argument at the Court's regular December 5, 2018 setting.

Per Curiam